WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOE ETTA ROUNDS** | : | **CIVIL ACTION NO. 2:18-cv-598** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court is an amended civil rights complaint filed by Joe Etta Rounds, who is proceeding pro se and in forma pauperis in this matter. Rounds was directed to amend her complaint to correct deficiencies in her allegations, including her failure to provide sufficient detail about her claims of discrimination. In her amended complaint, she once again asserts generally that she was discriminated against on multiple prohibited bases while working at Kroger, but fails to substantiate her belief that any maltreatment from that employer was due to racial animus or any other prohibited motive, other than the fact that she worked with a previous coworker from the Department of Children and Family Services. She also admits that her claims against Kroger are still under investigation by the Equal Employment Opportunity Commission ("EEOC"). Doc. 6, p. 1.

Rounds's amended complaint does not cure the deficiencies identified in our amend order. Accordingly, **IT IS RECOMMENDED** that all claims in this action against Kroger Grocery Store be **DISMISSED** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). It is also recommended that such dismissal be **WITHOUT PREJUDICE** to Rounds reasserting the claims in a separate suit, due to the fact that Rounds has brought this suit

prematurely and might be able to better frame her allegations after the EEOC has completed its investigation.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the District Judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Federal Rule of Civil Procedure 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 12th day of June, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE