UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOE ETTA ROUNDS** | : | **CIVIL ACTION NO. 2:18-cv-598** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent determination of the issues and review of the record, and noting the lack of objections from the plaintiff, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that all claims against defendant Kroger Grocery Store be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. 1915(e)(2)(B)(ii), for failing to state a claim on which relief can be granted.

**THUS DONE AND SIGNED** in Chambers this 10th day of July, 2018.

*/s/ Robert G. James*
**JUDGE ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**